

Rachel CUSA, et al, Plaintiffs

Linda Jewett; Sharon L Heatherly, Plaintiffs–Appellants

v.

SAM's TOWN HOTEL & GAMBLING HALL; Boyd Gaming Corporation, doing business as Sam's Town Hotel & Gambling Hall, Defendants–Appellees.

No. 04–60024.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 7, 2004.

Linda Jewett, Oxford, MS, pro se.

Sharon L. Heatherly, Mobile, AL, pro se.

Peyton S. Irby, Jr., Wendy Moore Shelton, Watkins, Ludlam, Winter & Stennis, Jackson, MS, for Defendant–Appellee.

Before BARKSDALE, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED.**

---

UNITED STATES of America, Plaintiff–Appellee,

v.

Scott Ronald BRASLAU, Defendant–Appellant.

No. 03–41427.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 8, 2004.

James Lee Turner, Assistant U.S. Attorney, John Richard Berry, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, DeMOSS, and PICKERING, Circuit Judges.

PER CURIAM: *

Scott Ronald Braslau (Braslau) appeals his sentence imposed following his guilty-plea conviction for one count of theft of United States mail, a violation of 18 U.S.C. § 1708. Braslau argues that the district

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** See 5th Cir. R. 47.6.

* Pursuant to 5 TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5 TH CIR. R. 47.5.4.